UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTT D. LEMOINE and BEVERLY P. LEMOINE, Plaintiffs | * * * * | CIVIL ACTION NO. 11-1377 |
| VERSUS | * * * | SECTION: H JUDGE JANE TRICHE MILAZZO |
| ELIZABETH P. WOLFE, TOBY AGUILLARD, RAY LENTZ, DANIEL H. EDWARDS, individually and as Sheriff of Tangipahoa Parish, DAVID WOLFE, BRIAN EDWARD REGISTER, JOHN DOE I and ABC INSURANCE CO., Defendants | * * * * * * * | MAGISTRATE: 3 MAG. DANIEL KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS ORDERED** that Plaintiffs' Motion for Default Judgment as to Brian Register (Doc. 25) is **DEFERRED** until a trial on the merits is held. The Court finds that just reason for delay exists under Fed. R. Civ. P. 54(b).

New Orleans, Louisiana this 9th day of December, 2011.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE